# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CORTNEY DAWSON,**<br><br>            Plaintiff,<br><br>vs.<br><br>**D&M CARRIERS, LLC d/b/a FREYMILLER, INC.**, a domestic limited liability company,<br><br>            Defendant. | Case No. CIV–17–1043–D |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, D&M Carriers, LLC d/b/a Freymiller, Inc., a domestic limited liability company, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and (B), with each party to bear their own costs and fees.

| | |
|---|---|
| *s/D. Colby Addison*<br>D. Colby Addison, OBA #32718<br>LAIRD HAMMONS LAIRD, PLLC<br>1332 SW 89th Street<br>Oklahoma City, OK 73159<br>Telephone: 405.703.4567<br>Facsimile: 405.703.4061<br>E-mail: colby@lhllaw.com<br>*ATTORNEY FOR PLAINTIFF* | *s/Philip R. Bruce (with permission)*<br>Paul A. Ross, OBA #19699<br>Philip R. Bruce, OBA #30504<br>MCAFEE & TAFT<br>Tenth Floor, Two Leadership Square<br>211 North Robinson Avenue<br>Oklahoma City, OK 73102–7103<br>Telephone: 405.235.9621<br>Facsimile: 405.235.0439<br>E-mail: paul.ross@mcafeetaft.com<br>E-mail: philip.bruce@mcafeetaft.com<br>*ATTORNEYS FOR DEFENDANT* |

## **CERTIFICATE OF SERVICE**

This is to certify that on February 8, 2018, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Paul A. Ross, OBA #19699
Philip R. Bruce, OBA #30504
MCAFEE & TAFT
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102–7103
Telephone: 405.235.9621
Facsimile: 405.235.0439
E-mail: paul.ross@mcafeetaft.com
E-mail: philip.bruce@mcafeetaft.com
*ATTORNEYS FOR DEFENDANT*

                                              *s/D. Colby Addison*
                                              D. Colby Addison